```
1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN P. WHITNEY
   Special Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
6  Attorneys for Plaintiff
7
8
9                  UNITED STATES DISTRICT COURT
10                 EASTERN DISTRICT OF CALIFORNIA
```

| UNITED STATES OF AMERICA, | Case No. 1:13-mj-00124-SKO |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| MICHAEL A. SEAWARD, | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Ian P. Whitney, Special Assistant United States Attorney, hereby moves to dismiss the Information against Michael A. Seaward, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: July 18, 2013            Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

                           By:     /s/ Ian P. Whitney
                                IAN P. WHITNEY
                                Special Assistant U.S. Attorney

1

# O R D E R

IT IS HEREBY ORDERED that the Information against Michael A. Seaward, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **July 22, 2013**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE